UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for OGLETHORPE BANK, | ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION FILE ) NO. 2:14-cv-00002 ) |
| v. | ) ) |
| LAURA CROSS-MCKINLEY, GWENDOLYN R. O'CONNOR, ROBERT STRANGE, III, ERNEST M. CHAMPION, M. FRANK DELOACH, III, RONALD E. PERRY, JOHN BRADLEY STROUD, JOHN CHARLES WELCH, DIANE C. BAILEY, LEE A. CARMICAL, and ERIC C. SEGERBERG | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION FOR STATUS CONFERENCE AND STAY OF REMAINING DEADLINES

The Federal Deposit Insurance Company, as Receiver for Oglethorpe Bank ("FDIC" or "Plaintiff"), and Gwendolyn R. O'Conner, Robert Strange, III, Ernest M. Champion, M. Frank Deloach, III, Ronald E. Perry, John Bradley Stroud, John Charles Welch, Diane C. Bailey, Lee A. Carmical, and Eric C. Segerberg, by and through undersigned counsel, hereby request a status conference to address the settlement reached in this action, and a stay of the deadlines set forth in the Court's February 4, 2015 Order [Dkt. No. 81].

In support of this motion, the parties show as follows:

1. The parties reached an agreement in principle to settle this case on April 13, 2015. The FDIC executed a settlement agreement on April 28, 2015. All defendants with the exception of Laura Cross-McKinley executed the settlement agreement in earlier this month.

2. The parties respectfully request that the Court hold an in-person status conference to address the foregoing and stay all unexpired deadlines set forth in the February 4, 2015 Order for thirty (30) days. A Proposed Order is attached for the Court's convenience.

Respectfully submitted this 20th day of May, 2015.

**MILLER & MARTIN PLLC**

*/s/ Charles B. Lee*
Charles B. Lee (443095)
James T. Williams (185084)
Michael P. Kohler
Miller & Martin PLLC
1180 West Peachtree Street, NW, Suite 2100
Atlanta, GA  30309-3407
Telephone: (404) 962-6100
Fax: (404) 962-6360
clee@millermartin.com
jwilliams@millermartin.com
mkohler@millermartin.com

*Attorneys for Plaintiff*

**WILLIAMS & CONNOLLY, LLP**

*/s/ James H. Weingarten*
James H. Weingarten
William T. Burke
Ryan T. Scarborough
725 Twelfth Street, NW
Washington, DC  20005
Telephone:  202-434-5000
Fax:  202-434-5029
jweingarten@wc.com
wburke@wc.com
rscarborough@wc.com

**SUTHERLAND, ASBILL & BRENNAN, LLP**

*/s/ W. Scott Sorrels*
W. Scott Sorrels (667074)
Yvonne M. Williams-Wass (360368)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996
Telephone: 404.853.8000
Fax: 404.853.8806
scott.sorrels@sutherland.com
yvonne.williams-wass@sutherland.com

*Attorneys for Defendants Gwendolyn R. O'Connor, Ernest M. Champion, Ronald E. Perry, John Bradley Stroud, John Charles Welch, Diane C. Bailey, Lee A. Carmical, and Eric C. Segerberg*

**KING & SPALDING, LLP**

*/s/ Tracy Klingler*
Tracy Klingler (105450)
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5138
tklingler@kslaw.com

*Attorneys for Robert Strange, III and M. Frank Deloach, III*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2015, I caused a true and correct copy of the foregoing Notice of Tentative Settlement and Joint Motion for Stay to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*/s/ Charles B. Lee*_____
Charles B. Lee